Rule 208. **Procedure.**

\*\*\*

(g)     Costs. --

\*\*\*

**(5) Assessed Penalties on Unpaid Taxed Expenses and Administrative Fees.**

**(i) Failure to pay taxed expenses within thirty days of the assessment becoming final in accordance with subdivisions (g)(1) and (g)(2) and/or failure to pay administrative fees assessed in accordance with subdivision (g)(4) within thirty days of notice transmitted to the respondent-attorney shall result in the assessment of a penalty, levied monthly at the rate of 0.8% of the unpaid principal balance, or such other rate as established by the Supreme Court of Pennsylvania, from time to time.**

**(ii) Monthly penalties shall not be retroactively assessed against unpaid balances existing prior to the enactment of the rule; monthly penalties shall be assessed against these unpaid balances prospectively, starting 30 days after the effective date of the rule.**

**(iii) The Disciplinary Board for good cause shown, may reduce the penalty or waive it in its entirety.**

\*\*\*